# Court of Appeals
# of the State of Georgia

ATLANTA, December 31, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0155. DON ROBERT FAIRCLOTH v. THE STATE**

Don Robert Faircloth filed this application for discretionary appeal in the Supreme Court, claiming that the State maliciously prosecuted him for forgery in violation of his constitutional rights. The Supreme Court transferred the application here upon finding that it lacked subject matter jurisdiction.

As the Supreme Court noted, however, Faircloth has identified no specific trial court order that he wishes to appeal. In fact, the application contains no copy of any trial court order. An applicant for discretionary appeal must "specify the order or judgment being appealed" and "include as exhibits to the petition a copy of the order or judgment being appeal." OCGA §§5-6-35(b) & (C); see also Court of Appeals Rule 31(e)("Discretionary applications must contain a stamped "filed" copy of the trial court's order or judgment from which the appeal is sought.").

As the applicant, Faircloth bears the burden of establishing that his application should be granted. See *Harper v. Harper*, 259 Ga. 246 (378 SE2d 673) (1989). Without a trial court order, we have nothing to review. this application is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, December 31, 2012*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*